No. 196, Misc. PERKINS *v.* DEEGAN, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 198, Misc. MONTGOMERY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 204, Misc. KLINGLER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Jerome M. Feit* for the United States.

No. 205, Misc. PIACENTILE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 206, Misc. ATKINS *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. *John D. Buchanan, Jr.,* for petitioner.

No. 208, Misc. ROGERS *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. *Frank S. Hogan* and *Michael R. Juviler* for respondent.

No. 211, Misc. FORELLA *v.* FOLLETTE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 213, Misc. SAIA *v.* UNITED STATES;
No. 214, Misc. SARNO *v.* UNITED STATES; and
No. 285, Misc. FREIJE *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States in all three cases. Reported below: 408 F. 2d 100.